**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

ALLEN POLK,
#1902-11                                                                                                         PLAINTIFF

v.                                   CASE NO. 4:11-cv-00374-JLH-JJV

PULASKI COUNTY DETENTION
FACILITY; *et al.*                                                                                          DEFENDANTS

## ORDER

On July 5, 2011, United States Magistrate Judge Joe Volpe held a status hearing in this matter. During the hearing, Plaintiff made an oral Motion to Dismiss to dismiss this case without prejudice. Plaintiff's Motion to Dismiss is, therefore, GRANTED and this case is DISMISSED without prejudice.

IT IS SO ORDERED this 6th day of July, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE